# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISON

| | |
|---|---|
| CIERA CONNER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiff,<br><br>v.<br><br>TRUBRIDGE, INC.,<br><br>Defendant, | CASE NO. 5:21-CV-00562-CEH<br><br>CARMEN E. HENDERSON<br>UNITED STATES MAGISTRATE JUDGE<br><br>**ORDER OF DISMISSAL** |

This Court has been notified that this matter settled in mediation. (ECF No. 40). Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit by March 1, 2022, a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order.

IT IS SO ORDERED.

Dated: February 3, 2022

*s/ Carmen E. Henderson*
CARMEN E. HENDERSON
U.S. MAGISTRATE JUDGE